Dommion **MCLEAN**, Plaintiff—Appellant,

v.

Tana **JORDAN**, Circuit Court Clerk, Defendant—Appellee.

No. 05–6740.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 22, 2005.

Decided: Dec. 2, 2005.

Dommion McLean, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dommion McLean appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous. We have reviewed the record and find no re-

---

versible error. Accordingly, we deny Mc-Lean's motion to appoint counsel and affirm on the reasoning of the district court. *See McLean v. Jordan,* No. CA–04–741–RAJ–TEM (E.D.Va. Apr. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*